# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| WENDY BUTENSKY,<br><br>         Plaintiff,<br><br>vs.<br><br>FEDERAL EXPRESS CORPORATION, a Delaware corporation,<br><br>         Defendant. | 2:16-cv-01718-JCM-VCF<br><br>**ORDER** |

   Before the court is *Wendy Butensky v. Federal Express Corporation*, case number 2:16-cv-01718-JCM-VCF.  A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

   IT IS HEREBY ORDERED that a discovery hearing is scheduled for 1:00 p.m., November 28, 2016, in Courtroom 3D.  The hearing will be vacated upon the filing of the discovery plan and scheduling order in compliance with Local Rule 26-1.

   Dated this 17th day of November, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE