UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WENDY BUTENSKY, | Case No. 2:16-cv-01718-JCM-VCF |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 28) |
| NATIONAL SECURITY TECHNOLOGIES, LLC, | |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion to seal, which seeks permission to file under seal copies of her ENE statement and declaration that were submitted *in camera*. Docket No. 28; *see also* Docket No. 27 (sealed documents). For good cause shown, the motion to seal is **GRANTED**.

IT IS SO ORDERED.

DATED: December 2, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge