# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Wendy Butensky

Plaintiff,

V.

Federal Express Corporation

Defendant.

**JUDGMENT IN A CIVIL CASE**

FOR ATTORNEY'S FEES

Case Number: 2:16-cv-01718-JCM-VCF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Plaintiff's counsel is to pay attorneys' fees in the amount of $2,050.00 to Defendant by 12/16/16.

December 2, 2016

Date

/s/ Lance S. Wilson

Clerk

/s/ ADR

(By) Deputy Clerk