UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WENDY BUTENSKY, | Case No. 2:16-CV-1718 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| FEDERAL EXPRESS CORPORATION, | |
| Defendant(s). | |

Presently before the court is plaintiff Wendy Butensky's motion to extend time to file a response to defendant Federal Express Corporation's motion for summary judgment. (ECF No. 48).

Plaintiff's motion requests an extension until February 16, 2018 to respond to defendant's motion for summary judgment. (ECF No. 48). Plaintiff cites multiple mediations and trial responsibilities in other cases in support of her request. *Id.* Plaintiff asserts that the requested extension will not prejudice defendant. *Id.* Defendant has not filed a response to plaintiff's motion.

Plaintiff's motion demonstrates good cause to support granting an extension of time to file a response. An extension will further the judicial purpose of ensuring that the motion is decided on the merits. *See Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258–59 (9th Cir. 2010). Further, the motion was timely filed and defendant will not be prejudiced by an extension.

Good cause appearing,

IT IS HEREBY ORDERED that plaintiff's motion for extension of time (ECF No. 48) be, and the same hereby is, GRANTED. Plaintiff shall have until February 16, 2018 to file a response

**James C. Mahan**
**U.S. District Judge**

to defendant's motion for summary judgment.  Defendant will have 14 days from the date plaintiff files a response to file a reply.

DATED February 2, 2018.

_____
UNITED STATES DISTRICT JUDGE