# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WENDY BUTENSKY,<br><br>　　　　　　　　　Plaintiff(s),<br><br>　v.<br><br>FEDERAL EXPRESS CORPORATION,<br><br>　　　　　　　　　Defendant(s). | Case No. 2:16-CV-1718 JCM (VCF)<br><br>ORDER |

　　　　Presently before the court is the matter of *Butensky v. FedEx Corp.*, case number 2:16-cv-01718-JCM-VCF. On February 6, 2020, plaintiff Wendy Butensky filed a notice of settlement indicating that she and defendant Federal Express Corporation "have reached a settlement agreement that will fully and finally dispose of the claims in this action." (ECF No. 73). Butensky asserts that the parties anticipate the settlement will be completed—and that a stipulated request for voluntary dismissal will be filed—within forty-five (45) days of the date the notice was filed. *Id*. Butensky requests that all pending deadlines and hearings be suspended, and that an order to show cause hearing regarding dismissal be set for on or around April 6, 2020. *Id*.

　　　　In light of the notice of settlement, the court orders the parties to file, on or before March 6, 2020, either (1) a stipulation for voluntary dismissal, or (2) a status report indicating the status of the settlement agreement.

　　　　Accordingly,

　　　　IT IS SO ORDERED.

　　　　DATED February 24, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ James C. Mahan
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**