Craig E. Lindberg, Esq. (CA SBN 150778)
(*Admitted Pro Hac Vice*)
Jamie Chu, Esq. (NV SBN 10546)
**FEDERAL EXPRESS CORPORATION**
2601 Main Street, Suite 340
Irvine, California 92614
Telephone: (949) 862-4678
Facsimile: (901) 492-5641
Email: craig.lindberg@fedex.com
       jamie.chu@fedex.com

Gregory H. King, Esq.
KING & DURHAM PLLC
6385 South Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 833-1100
Facsimile: (702) 833-1107
gking@kingdurham.com

Attorney for Defendant
FEDERAL EXPRESS CORPORATION

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| WENDY BUTENSKY, an individual, | **Case No. 2:16-cv-01718-JCM-VCF** |
| Plaintiff, | |
| v. | **JOINT STIPULATION AND ORDER TO DISMISS THE CASE WITH PREJUDICE** |
| FEDERAL EXPRESS CORPORATION, a Delaware corporation, | |
| Defendant. | **[FRCP41(A)(1)]** |

Plaintiff WENDY BUTENSKY ("Plaintiff") and Defendant FEDERAL EXPRESS CORPORATION ("Defendant"), by and through their respective counsel of record, stipulate and agree as follows:

WHEREAS, Plaintiff and Defendant (the "Parties") have agreed to resolve the above-captioned action, and based on their agreement (and compliance with that agreement), seek the dismissal of this entire action with prejudice;

WHEREAS, the Parties agree that there is no prevailing party;

NOW, therefore, the Parties stipulate and agree to the dismissal with prejudice of this entire action as to all parties and all claims for relief in Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own respective attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED: February 4, 2020

FEDERAL EXPRESS CORPORATION

By: _____
Craig E. Lindberg
California Bar No. 150778 (Admitted Pro Hac Vice)
FEDERAL EXPRESS CORPORATION
2601 Main Street, Suite 340
Irvine, CA 92614

*Attorneys for Defendant Federal Express Corporation*

DATED: February 4, 2020

FERNALD LAW GROUP LLP

By: _____
Brandon Claus Fernald
Nevada Bar No. 10582
6236 Laredo Street
Las Vegas, NV 89146

*Attorneys for Wendy Butensky*

FEDERAL EXPRESS CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

(60-15939)  2  Case No. 2:16-cv-01718-JCM-VCF
JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS THE CASE WITH PREJUDICE

## ORDER

Having reviewed the Parties' Joint Stipulation of Dismissal With Prejudice, IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice. Each party is to bear its own respective fees and costs. All pending proceedings are vacated and no further proceedings shall take place in this action.

**IT IS SO ORDERED.**

DATED: March 12, 2020.

UNITED STATES DISTRICT JUDGE

_____
THE HONORABLE JAMES C. MAHAN

(60-15939)            3            Case No. 2:16-cv-01718-JCM-VCF
JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS THE CASE WITH PREJUDICE

FEDERAL EXPRESS CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614